UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUMEERA RASUL,

                    Plaintiff,

-against-

R/GA MEDIA GROUP, INC., et al.,

                    Defendants.

No. 21-CV-2999 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a teleconference on November 23, 2021 at 9:00 a.m. using the dial-in 877-402-9753, access code 6545179.

**SO ORDERED.**

Dated:    September 21, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1