

**HEPWORTH, GERSHBAUM & ROTH, PLLC.**
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
HGRLAWYERS.COM T: (212) 545-1199 F: (212) 532-3801

November 21, 2021

**VIA ECF**
Honorable Loretta A. Preska, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

    Re:   *Rasul v. R/GA Media Group, Inc., et al.*
             **Civil Action No.: 1:21-cv-02999**

Dear Judge Preska:

    Plaintiff Sumeera Rasul ("Plaintiff") writes to request an adjournment of the upcoming November 23, 2021 conference to a date convenient for the court on or after January 10, 2021. Plaintiff requests an adjournment of the upcoming Court conference because a family member of the undersigned is very ill, and as a result Plaintiff's Counsel will be out of the office for significant portions of the next few weeks inclusive of November 23, 2021, which is further exacerbated by the upcoming holidays.

    On November 19, 2021 Plaintiff's Counsel reached out to Defendants who do not oppose the relief requested herein. This is Plaintiffs first application for an adjournment of the November 23, 2021 Court conference and such adjournment will not impact any other case deadlines.

    Plaintiff thanks the Court for its consideration in connection with this matter.

                                                          Respectfully submitted,

                                                         *s/ Rebecca S. Predovan*
                                                         Rebecca S. Predovan, Esq.

    Cc: Counsel of Record (*via ECF Only*)

```
The conference is adjourned to Monday, January 10, 2022 at 9:00 a.m.

SO ORDERED.

Dated:      November 22, 2021
            New York, New York
```

LORETTA A. PRESKA
Senior United States District Judge