UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUMEERA RASUL,<br><br>            Plaintiff,<br><br>-against-<br><br>R/GA MEDIA GROUP, INC., et al.,<br><br>            Defendants. | No. 21-CV-2999(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    A status conference in this matter is currently scheduled for Monday, January 10, 2022, at 9:00 a.m.  (See dkt. no. 17.) The parties shall jointly inform the Court no later than Thursday, January 6, 2022, whether they consent to proceed remotely by teleconference.

    If all parties consent to proceed remotely, the parties and the public may attend using the following information: Dial-in (877) 402-9753.  Access code:  6545179.

**SO ORDERED.**

Dated:    January 4, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1