UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUMEERA RASUL,<br><br>                    Plaintiff,<br><br>-against-<br><br>R/GA MEDIA GROUP, INC., et al.,<br><br>                    Defendants. | No. 21-CV-2999 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a teleconference on March 17, 2022 at 10:00 a.m. using the dial-in 877-402-9753, access code 6545179.

**SO ORDERED.**

Dated:    January 10, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge