

# HEPWORTH, GERSHBAUM & ROTH, PLLC.
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
HGRLAWYERS.COM T: (212) 545-1199 F: (212) 532-3801

March 16, 2022

**VIA ECF**
Honorable Loretta A. Preska, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

    Re:    *Rasul v. R/GA Media Group, Inc., et al.*
            **Civil Action No.: 1:21-cv-02999**

Dear Judge Preska:

    Plaintiff Sumeera Rasul writes to request an adjournment of the upcoming **March 17, 2022** conference to a date convenient for the Court or until **March 31, 2022**. Plaintiff requests an adjournment of the upcoming Court conference because of a medical issue being experienced by Plaintiffs' counsel and about which Plaintiff's Counsel can provide more details in chambers if requested.

    On March 16, 2022 Plaintiff's Counsel reached out to Defendants who do not oppose the relief requested herein. This is Plaintiff's first application for an adjournment of the March 17, 2022 Court conference and such adjournment will not impact any other case deadlines.

    Plaintiff thanks the Court for its consideration in connection with this matter.

                                                     Respectfully submitted,

                                                     *s/ Rebecca S. Predovan*
                                                     Rebecca S. Predovan, Esq.

Cc: Counsel of Record (*via ECF Only*)

*[Handwritten: The conference is adjourned to April 6 at 11.]*

*[Handwritten date: 3/16/22]*

                                                     **SO ORDERED**
                                                     *Loretta A. Preska*
                                                     LORETTA A. PRESKA
                                                     UNITED STATES DISTRICT JUDGE