UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SUMEERA RASUL,

                        Plaintiff,

        -v.-                                          21 Civ. 2999 (JHR)

R/GA MEDIA GROUP, INC., and THE                       ORDER
INTERPUBLIC GROUP OF COMPANIES,
INC., and ERIN LYNCH, each in their
individual and professional capacities,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

JENNIFER H. REARDEN, District Judge:

In their joint Proposed Civil Case Management Plan and Scheduling Order, the parties propose a deadline of October 31, 2023 to complete expert discovery. *See* Proposed Civil Case Management Plan and Scheduling Order ¶ 9(d), ECF No. 31. "Absent exceptional circumstances," expert discovery shall be completed "not later than 45 days from . . . the completion of all fact discovery." *Id.* The parties nevertheless propose a deadline of October 31, 2023—90 days after the proposed fact discovery deadline of July 31, 2023—to complete expert discovery. *See id.* ¶ 9. By April 14, 2023, the parties shall file a joint letter explaining any "exceptional circumstances" supporting this request.

SO ORDERED.

Dated: April 6, 2023
       New York, New York

*(signature)*
JENNIFER H. REARDEN
United States District Judge